CENTRAL TRUST CO. of NEW YORK v. CITY OF DULUTH et al. (Circuit Court of Appeals, Eighth Circuit. May 3, 1915.) No. 4248. Appeal from the District Court of the United States for the District of Minnesota. Washburn, Bailey & Mitchell, of Duluth, Minn., for appellant. Davis, Kellogg & Severance, of St. Paul, Minn., and Francis W. Sullivan, of Duluth, Minn., for appellees.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

---

CENTRAL TRUST CO. OF NEW YORK et al. v. EQUITABLE TRUST CO. OF NEW YORK et al. (Circuit Court of Appeals, Sixth Circuit. October 9, 1915.) No. 2669. Appeal from the District Court of the United States for the Northern District of Ohio. Hoyt, Dustin, Kelley, McKeehan & Andrews, of Cleveland, Ohio, Joline, Larkin & Rathbone, and Byrne & Cutcheon, all of New York City, Cook, McGowan & Foote, of Cleveland, Ohio, Guggenheimer, Untermeyer & Marshall, of New York City, M. B. & H. H. Johnson, of Cleveland, Ohio, and Alexander & Green, of New York City, for appellant. Squire, Sanders & Dempsey, Joseph G. Fogg, Frank H. Ginn, and S. H. Tolles, all of Cleveland, Ohio, John Quinn, of New York City, Smith & Beckwith, of Toledo, Ohio, Holmes, Rogers & Carpenter, of New York City, and Carl Dautel, of Cleveland, Ohio for appellee.

PER CURIAM. Decree modified pursuant to stipulation.

---

CHAPMAN et al. v. CHEMICAL BLDG. CO. et al. (Circuit Court of Appeals, Eighth Circuit. December 6, 1915.) No. 4312. Appeal from the District Court of the United States for the Eastern District of Missouri. W. B. & Ford W. Thompson, of St. Louis, Mo., for appellants. Eliot, Chaplin, Blaney & Bedal, of St. Louis, Mo., for appellees.

PER CURIAM. Dismissed, with costs, on motion of appellants; taxation of attorney's fee waived by appellees.

---

CHICAGO GREAT WESTERN R. CO. v. LeVALLEY. (Circuit Court of Appeals, Eighth Circuit. December 13, 1915.) No. 4459. In Error to the District Court of the United States for the Northern District of Iowa. Carr, Carr & Evans, of Des Moines, Iowa, for plaintiff in error. E. P. Andrews and B. H. Mallory, both of Hampton, Iowa, for defendant in error.

PER CURIAM. Affirmed, with costs, pro forma, without opinion.

---

CITY OF TEXARKANA, ARK., v. TEXARKANA WATER CORP. (Circuit Court of Appeals, Eighth Circuit. May 3, 1915.) No. 4168. Appeal from the District Court of the United States for the Western District of Arkansas. Frank S. Quinn, of Texarkana, Ark., for appellant. William H. Arnold, of Texarkana, Ark., for appellee.

PER CURIAM. Dismissed, with costs, for want of prosecution.

---

COCA–COLA CO. v. BRANHAM et al. (Circuit Court of Appeals, Eighth Circuit. May 18, 1915.) No. 4414. Appeal from the District Court of the United States for the Eastern District of Oklahoma. F. B. Dillard and William Blake, both of Tulsa, Okl., and Harold Hirsch and William D. Thomson, both of Atlanta, Ga., for appellant. H. W. Randolph, John A. Haver, and Randolph Shirk, all of Tulsa, Okl., for appellees.

PER CURIAM. Appeal (from 216 Fed. 264) dismissed, without hearing on merits, on motion of appellants.